# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BUCK FORD,

        Plaintiff,

v.                                  Case No: 6:11-cv-1995-Orl-36GJK

PROPERTY PRESERVATION EXPERTS,
INC. and JOHN CANONICO,

        Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on July 31, 2012 (Doc. 36). In the Report and Recommendation, Judge Kelly recommends that the Court grant the parties' Joint Motion to Approve Settlement of FLSA Claims, filed on July 24, 2012 (Doc. 35), and dismiss this case with prejudice. The parties filed a Joint Notice of Non Objection to the Report and Recommendation of Magistrate Judge Kelly on August 1, 2012 (Doc. 37).

The Court agrees with the Magistrate Judge that there is no reason to believe that the Plaintiff and Opt-In Plaintiffs' recovery is adversely affected by the amount of fees and costs to be paid to their counsel (Doc. 36, p. 9). The Court is satisfied that the settlement reached between Plaintiff Buck Ford and Opt-in Plaintiffs Eric French, Richard Rodriguez, Anthony Rodriguez and Justin Tucker (collectively "Plaintiffs") and Defendants Property Preservation Experts, Inc. and John Canonico is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982); 29 U.S.C. § 216. Therefore, after careful

consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 36) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement of FLSA Claims (Doc. 35) is **GRANTED**. The Settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2012.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. States Magistrate Judge Gregory J. Kelly